■ MARINE MIDLAND BANK, N. A., Respondent, v JOHN P. KELLY, Appellant. (Appeal No. 10.)—Appeal from order and judgment insofar as it denied reargument unanimously dismissed without costs (see, Gifaldi v Dumont Co., 172 AD2d 1025, 1026) and order and judgment otherwise affirmed for the reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Order and Judgment of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Denman, P. J., Boomer, Boehm, Fallon and Davis, JJ.